UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EVELYN CANALES, o/b/o
MARLEEN A. PAGAN

v.   CA 07-474 ML

MICHAEL J. ASTRUE,
Commissioner of Social Security

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on June 24, 2009. No objection has been filed by either party. The Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's conclusions are supported by the record and that they are consistent with relevant precedent. Accordingly, this Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion to Reverse is DENIED; Defendant's Motion to Affirm is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
July 13, 2009